# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN ADAM CHAVEZ,

    *Petitioner,*

vs.

STATE OF NEVADA,

    *Respondent.*

3:09-cv-00301-RCJ-VPC

ORDER

    This closed matter comes before the Court following upon a letter (#7) by petitioner requesting information as to status.

    This matter was closed by a final judgment on June 12, 2009. The Court will direct the Clerk to send petitioner another copy of the order and judgment of dismissal together with a copy of the docket sheet. The Court did not grant petitioner's application to proceed *in forma pauperis*, and he further does not appear to be incarcerated at this point. Accordingly, if he wishes to obtain any further copies in this matter, he must pay the required fees for such copies to the Clerk. Any requests for relief must be by motion rather than by letter.

    IT IS ORDERED that the Clerk shall send petitioner another copy of ## 3 & 4 along with an updated docket sheet and the applicable fee schedule for copy requests.

    DATED: This 21st day of April, 2010.

                                     ROBERT C. JONES
                                       United States District Judge